EAST ORANGE LUMBER CO., APPELLANT, v. CHRISTIAN
FEIGENSPAN, RESPONDENT.

Argued October 17, 1939—Decided January 25, 1940.

For the appellant, *Smith & Goldstein.*

For the respondent, *Lindabury, Steelman, Zink & Lafferty.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE JJ. 12.

*For reversal*—None.